# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION (TOLEDO)

| | |
|---|---|
| JESSE GUZMAN, | ) CASE NO. 3:23-CV-01193 |
| | ) |
| Plaintiff, | ) JUDGE JAMES R. KNEPP II |
| | ) MAGISTRATE JUDGE DARRELL A. |
| v. | ) CLAY |
| | ) |
| USAA FEDERAL SAVINGS BANK, et al., | ) |
| | ) **STIPULATED LEAVE TO MOVE,** |
| Defendants. | ) **PLEAD, OR OTHERWISE RESPOND** |
| | ) **TO PLAINTIFF'S COMPLAINT** |
| | ) |

Plaintiff Jesse Guzman ("Plaintiff") hereby stipulates and agrees that Defendant Nationstar Mortgage LLC ("Nationstar") shall have an additional twenty-one (21) days, up to and including August 7, 2023, to move, plead, or otherwise respond to Plaintiff's Complaint. This is the first extension and no prior stipulated extensions have been granted or obtained. A proposed Order is attached hereto.

Respectfully submitted,

*/s/ Michael A. Smith, Jr.*  
Marc E. Dann (0039425)  
Daniel M. Solar (0085632)  
Michael A. Smith, Jr. (0097147)  
DannLaw  
15000 Madison Ave.  
Lakewood, OH 44107  
Telephone: (216) 373-0539  
Facsimile: (216) 373-0536  
notices@dannlaw.com  
*Counsel for Plaintiff Jesse Guzman*

*/s/ Stefanie L. Deka*  
Stefanie L. Deka (0089248)  
James W. Sandy (0084246)  
McGlinchey Stafford  
3401 Tuttle Rd, Ste 200  
Cleveland, OH 44122  
Telephone: (216) 378-9914  
Facsimile: (216) 803-6945  
sdeka@mcglinchey.com  
jsandy@mcglinchey.com  
*Counsel for Defendant*  
*Nationstar Mortgage LLC*

23630302.1

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and accurate copy of the foregoing *Stipulated Leave to Move, Plead, or Otherwise Respond to Plaintiff's Complaint* was served upon the following via this Court's Electronic Filing System this 7th day of July, 2023.

Marc E. Dann
notices@dannlaw.com
*Counsel for Plaintiff Jesse Guzman*

Daniel M. Solar
notices@dannlaw.com
*Counsel for Plaintiff Jesse Guzman*

Michael A. Smith, Jr.
notices@dannlaw.com
*Counsel for Plaintiff Jesse Guzman*

**I CERTIFY** that a true and accurate copy of the foregoing *Stipulated Leave to Move, Plead, or Otherwise Respond to Plaintiff's Complaint* was served upon the following via regular, U.S. Mail this 7th day of July, 2023.

USAA Federal Savings Bank
9800 Fredericksburg Rd.
San Antonio, TX 78288
*Defendant*

*/s/ Stefanie L. Deka*
Stefanie L. Deka (0089248)