# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JESSE GUZMAN, | ) CASE NO. 3:23-CV001193 |
| Plaintiff, | ) MAGISTRATE JUDGE DARRELL A. CLAY |
| vs. | ) |
| USAA FEDERAL SAVINGS BANK et al, | ) **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendants. | ) |

Attorney David M. Krueger of the law firm Benesch Friedlander Coplan & Aronoff, LLP, respectfully gives notice of his appearance before this Court as counsel on behalf of Defendant USAA Federal Savings Bank.  Please direct all pleadings, notices and correspondence to the undersigned at the mailing address and email address listed below.

Respectfully submitted,

*s/ David M. Krueger*
DAVID M. KRUEGER (0085072)
ALLYSON R. CADY (0098830)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  dkrueger@beneschlaw.com
acady@beneschlaw.com

*Attorney for Defendant*
*USAA Federal Savings Bank*

22989578 v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2023 a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                *s/ David M. Krueger*
                                *Attorney for Defendant*
                                *USAA Federal Savings Bank*