# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JESSE GUZMAN, | ) CASE NO. 3:23-CV001193 |
| Plaintiff, | ) |
| vs. | ) **CORPORATE DISCLOSURE** |
| | ) **STATEMENT OF DEFENDANT USAA** |
| USAA FEDERAL SAVINGS BANK et al, | ) **FEDERAL SAVINGS BANK** |
| Defendants. | ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant USAA Federal Savings Bank ("USAA FSB"), provides the following information to the court: USAA FSB is a federally chartered savings association. USAA FSB is a wholly owned subsidiary of USAA Capital Corporation ("USAA CAPCO") and is not publicly held. USAA CAPCO is a wholly owned subsidiary of United Services Automobile Association ("USAA"). USAA is a reciprocal interinsurance exchange domiciled in Texas that is an unincorporated association. USAA has no parent corporation and is not a publicly traded company.

Respectfully submitted,

*s/ David M. Krueger*
DAVID M. KRUEGER (0085072)
ALLYSON R. CADY (0098830)
**BENESCH, FRIEDLANDER, COPLAN &
 ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  dkrueger@beneschlaw.com
  acady@beneschlaw.com

*Attorneys for Defendant USAA Federal Savings Bank*

22970911 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2023 a copy of the foregoing *Corporate Disclosure Statement of Defendant USAA Federal Savings Bank* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ David M. Krueger*

22970911 v1